

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
JUNE 28, 2022 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:22-cr-00129
      21 U.S.C. § 841(a)(1)

TONI JOHNSON

## I N D I C T M E N T

The Grand Jury Charges:

On or about April 27, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant TONI JOHNSON knowingly and intentionally possessed with intent to distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: _____
NOWLES H. HEINRICH
Assistant United States Attorney